

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2014

No. 04-14-00481-CV

**ARC PARKLANE, INC.,** D/B/A Parklane West Healthcare Center,
Appellant

v.

Nellie **BREWER**, Individually, and as Executrix of the Estate of Herbert Brewer, Deceased, and Gina Elliott, Pamela Bilal, Lisa Brewer, Carol Brown, Diane Brewer, and Renee Shields, Individually,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10177
Honorable Larry Noll, Judge Presiding

## O R D E R

In an underlying suit, the trial court severed portions of a single suit into two separate cause numbers and retained other portions under the original cause number. In response to notices of appeal filed with this court, this court inadvertently created a third appeal, numbered 04-14-00481-CV, when only the two severed causes are being appealed (i.e., 04-14-00472-CV, 04-14-00473-CV).

Therefore, we ORDER the clerk of this court to administratively close the appeal numbered 04-14-00481-CV.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court